## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ALEXSAM, INC                          §
                                      §
vs.                                   §         CASE NO. 2:07-CV-420-CE
                                      §
IDT CORPORATION                       §
                                      §

### VERDICT FORM

**QUESTION NO. 1:**

Do you find that Alexsam has proven, by a preponderance of the evidence, that IDT's accused card systems infringe claim 57 of U.S. Patent No. 6,000,608 ("the '608 patent")?

Answer "Yes" or "No" for each class of card products:

|  | Infringement of<br>claim 57: |
|---|---|
| Prepaid Calling Cards: | yes |
| Prepaid Wireless Top-Up Cards: | yes |
| Gift2Go Gift Cards: | yes |

**QUESTION NO. 2:**

Do you find that Alexsam has proven, by a preponderance of the evidence, that IDT's accused card systems infringe claim 58 of the '608 patent?

Answer "Yes" or "No" for each class of card products:

|  | Infringement of claim 58: |
|---|---|
| Prepaid Calling Cards: | *yes* |
| Prepaid Wireless Top-Up Cards: | *yes* |

**QUESTION NO. 3:**

Do you find that IDT has proven, by a preponderance of the evidence, that any of the following claims of the '608 patent are invalid because they are anticipated by the prior art? "Yes" means the claims are invalid, and "No" means the claims are not invalid.

Answer "Yes" or "No" for each claim.

'608, Claim 57: _____*No*_____

'608, Claim 58: _____*No*_____

'608, Claim 60: _____*No*_____

4

**QUESTION NO. 4:**

Do you find that IDT has proven, by a preponderance of the evidence, that any of the following claims of the '608 or '787 patent are invalid because they are rendered obvious by the prior art?  "Yes" means the claims are invalid, and "No" means the claims are not invalid.

Answer "Yes" or "No" for each claim.

'608, Claim 57:       *No*

'608, Claim 58:       *No*

'608, Claim 60:       *No*

'787, Claim 14:       *No*

**QUESTION NO. 5:**

Do you find that IDT has proven, by clear and convincing evidence, that the '608 or '787 patents are invalid because of the failure to name the proper inventor?  "Yes" means the patent is invalid, and "No" means the patent is not invalid.

'608 Patent:  _____*NO*_____

'787 Patent:  _____*NO*_____

**QUESTION NO. 6:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement by IDT?

Answer in dollars and cents, if any, for a reasonable royalty.

Answer:   $ 9,065,476.00

Signed this _15_ day of February, 2011.