# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| | § | |
| V. | § | No. 2:07-CV-420-CE |
| | § | |
| IDT CORPORATION | § | |

## FINAL JUDGMENT

A jury trial was held in this case from February 7-15, 2011 (Dkt. Nos. 311-316). The jury

reached its verdict on February 15, 2011 (Dkt. No. 316). In accordance with the jury's verdict, the

court renders the following judgment:

The jury having determined that defendant, IDT Corporation ("IDT"), has infringed claim

57 of U.S. Patent No. 6,000,608 ("the '608 patent"); the jury having determined that IDT has

infringed claim 58 of the '608 patent; the court having determined, as a litigation sanction, that IDT

infringed claim 60 of the '608 patent; the court having determined, as a litigation sanction, that IDT

infringed claim 14 of U.S. Patent No. 6,289,787 ("the '787 patent"); the jury having failed to find

the asserted claims of the '608 and '787 patents are invalid; the jury having failed to find that the

'608 and '787 patents failed to name the proper inventor; the jury having awarded $9,065,476.00 as

a reasonable royalty; and the court having granted IDT's motion for judgment as a matter of law on

the MasterCard Agreement and reformed the damages verdict accordingly, it is ORDERED,

ADJUDGED, AND DECREED that Alexsam, Inc. ("Alexsam") have and recover from IDT a

damages award of Eight Million Seven Hundred Twelve Thousand Two Hundred and Ninety-three

Dollars and Seventy-five Cents ($8,712,293.75). The court additionally awards One Million Four

Hundred Eighteen Thousand Three Hundred and Twelve Dollars and Forty Cents ($1,418,312.40)

in pre-judgment interest. In calculating the pre-judgment interest, the court deems that the damages

award is what would have been payable to Alexsam on the date of first infringement, January 1, 2005. The court calculates the pre-judgment interest rate consistent with an average of the ninety (90) day commercial paper rate established by the Federal Reserve Board (2.3%), and uses this rate compounded on a yearly basis for the time period from January 1, 2005 to the present date to calculate the pre-judgment interest award. Thus, the total money judgment is Ten Million One Hundred Thirty Thousand Six Hundred Six Dollars and Fifteen Cents ($10,130,606.15).

Alexsam is the prevailing party in this litigation, and the court awards costs to Alexsam as the prevailing party. The judgment shall bear interest at the lawful federal rate.

All relief not expressly granted herein, or finally determined by prior written or oral order on the record of prior proceedings herein per FED. R. CIV. P. 54(a), is DENIED. This is a FINAL JUDGMENT.

IT IS SO ORDERED.

SIGNED this 18th day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE